```
SHELIA DENISE STIFF              BAPTIST MEDICAL GROUP         CREDIT COLLECTION SERV
427 WEST 5TH                     P.O. BOX 74533                PO BOX 9133
YAZOO CITY, MS 39194             ATLANTA, GA 30384-5333        NEEDHAM HEIGH, MA 02494


THOMAS C. ROLLINS, JR.           BRAND & SANFORD, PLLC         GI ASSOCIATES
THE ROLLINS LAW FIRM, PLLC       125 S CONGRESS ST             PO BOX 23455
P.O. BOX 13767                   FLOOR 15                      JACKSON, MS 39225-3455
JACKSON, MS 39236                JACKSON, MS 39207


ABSOLUTE RESOLUTIONS             CAPITAL ONE                   JACOB LAW GROUP
ATTN: BANKRUPTCY                 ATTN: BANKRUPTCY              2623 WEST OXFORD LOOP
8000 NORMAN CENTER DR            PO BOX 30285                  OXFORD, MS 38655
STE 350                          SALT LAKE CITY, UT 84130
BLOOMINGTON, MN 55437


ACCU REFERENCE MEDICAL           CAPITAL ONE AUTO              LABCORP
1901 E LINDEN AVE                ATTN: BANKRUPTCY              PO BOX 2240
STE 4                            7933 PRESTON RD               BURLINGTON, NC 27216-22
LINDEN, NJ 07036                 PLANO, TX 75024


ADVANCED RECOVERY SYST           CARMAX AUTO FINANCE           LABRATORY CORP OF AMER
P.O. BOX 321472                  ATTN: BANKRUPTCY              P.O. BOX 2240
FLOWOOD, MS 39232                1200 TUCKAHOE CREEK           BURLINGTON, NC 27216-22
                                 RICHMAN, VA 23238


ALLY CREDIT CARD                 CFNA                          MAE PHYSICIANS SURGERY
PO BOX 9222                      ATTN: BANKRUPTCY              PO BOX 12673
OLD BETHPAGE, NY 11804           PO BOX 81315                  JACKSON, MS 39236-2673
                                 CLEVELAND, OH 44181


ALLY FINANCIAL, INC              CHRISTOPHER NELSON            MEA MEDICAL CLINICS
ATTN: BANKRUPTCY                 396 JULIAN ST                 308 CORPORATE DR
PO BOX 380901                    GOODMAN, MS 39079             RIDGELAND, MS 39157
BLOOMINGTON, IL 55438


BANKPLUS                         COMENITY                      MERIT HEALTH
ATTN: BANKRUPTCY                 ATTN: BANKRUPTCY              P.O. BOX 281441
205 E TROY ST, STE 101           PO BOX 182125                 ATLANTA, GA 30304
TUPELO, MS 38804                 COLUMBUS, OH 43218


BAPTIST HOSPITAL                 COURTNEY & CAMP               MIDLAND CREDIT MGMT
PO BOX 23090                     PO BOX 529                    ATTN: BANKRUPTCY
JACKSON, MS 39225                JACKSON, MS 39205             PO BOX 939069
                                                               SAN DIEGO, CA 92193
```

```
NELNET
PO BOX 82561
LINCOLN, NE 68501



PAFFORD EMS
350 CROSSGATES BLVD
BRANDON, MS 39042



RADIOLOGY GROUP
1405 N STATE STREET
JACKSON, MS 39207



REVCO SOLUTIONS
P.O. BOX 2589
COLUMBUS, OH 43216-2589



ST DOMINC
P.O. BOX 321472
FLOWOOD, MS 39232



UROGYNECOLOGY ASSOCIAT
120 STONE CREEK BLVD
FLOWOOD, MS 39232



YAZOO MEDICAL CLINIC
805 E 15TH ST
YAZOO CITY, MS 39194
```