# United States Bankruptcy Court
## Southern District of Mississippi

In re: **Shelia Denise Stiff**  
Debtor(s)

Case No. **25-00984**  
Chapter **7**

## VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: **June 12, 2025**

**/s/ Shelia Denise Stiff**  
**Shelia Denise Stiff**  
Signature of Debtor

```
SHELIA DENISE STIFF          BAPTIST MEDICAL GROUP        CREDIT COLLECTION SERV
427 WEST 5TH                 P.O. BOX 74533               PO BOX 9133
YAZOO CITY, MS 39194         ATLANTA, GA 30384-5333       NEEDHAM HEIGH, MA 02494


THOMAS C. ROLLINS, JR.       BRAND & SANFORD, PLLC        DISTRESSED ASST POR***
THE ROLLINS LAW FIRM, PLLC   125 S CONGRESS ST            C/O MENDELSON LAW FIRM
P.O. BOX 13767               FLOOR 15                     PO BOX 17235
JACKSON, MS 39236            JACKSON, MS 39207            MEMPHIS, TN 38187-0235


ABSOLUTE RESOLUTIONS         CAPITAL ONE                  GI ASSOCIATES
ATTN: BANKRUPTCY             ATTN: BANKRUPTCY             PO BOX 23455
8000 NORMAN CENTER DR        PO BOX 30285                 JACKSON, MS 39225-3455
STE 350                      SALT LAKE CITY, UT 84130
BLOOMINGTON, MN 55437


ACCU REFERENCE MEDICAL       CAPITAL ONE AUTO             JACOB LAW GROUP
1901 E LINDEN AVE            ATTN: BANKRUPTCY             2623 WEST OXFORD LOOP
STE 4                        7933 PRESTON RD              OXFORD, MS 38655
LINDEN, NJ 07036             PLANO, TX 75024


ADVANCED RECOVERY SYST       CARMAX AUTO FINANCE          LABCORP
P.O. BOX 321472              ATTN: BANKRUPTCY             PO BOX 2240
FLOWOOD, MS 39232            1200 TUCKAHOE CREEK          BURLINGTON, NC 27216-22
                             RICHMAN, VA 23238


ALLY CREDIT CARD             CFNA                         LABRATORY CORP OF AMER
PO BOX 9222                  ATTN: BANKRUPTCY             P.O. BOX 2240
OLD BETHPAGE, NY 11804       PO BOX 81315                 BURLINGTON, NC 27216-22
                             CLEVELAND, OH 44181


ALLY FINANCIAL, INC          CHRISTOPHER NELSON           MAE PHYSICIANS SURGERY
ATTN: BANKRUPTCY             396 JULIAN ST                PO BOX 12673
PO BOX 380901                GOODMAN, MS 39079            JACKSON, MS 39236-2673
BLOOMINGTON, IL 55438


BANKPLUS                     COMENITY                     MEA MEDICAL CLINICS
ATTN: BANKRUPTCY             ATTN: BANKRUPTCY             308 CORPORATE DR
205 E TROY ST, STE 101       PO BOX 182125                RIDGELAND, MS 39157
TUPELO, MS 38804             COLUMBUS, OH 43218


BAPTIST HOSPITAL             COURTNEY & CAMP              MERIT HEALTH
PO BOX 23090                 PO BOX 529                   P.O. BOX 281441
JACKSON, MS 39225            JACKSON, MS 39205            ATLANTA, GA 30304
```

```
MIDLAND CREDIT MGMT
ATTN: BANKRUPTCY
PO BOX 939069
SAN DIEGO, CA 92193


NELNET
PO BOX 82561
LINCOLN, NE 68501


PAFFORD EMS
350 CROSSGATES BLVD
BRANDON, MS 39042


RADIOLOGY GROUP
1405 N STATE STREET
JACKSON, MS 39207


REVCO SOLUTIONS
P.O. BOX 2589
COLUMBUS, OH 43216-2589


ST DOMINC
P.O. BOX 321472
FLOWOOD, MS 39232


UROGYNECOLOGY ASSOCIAT
120 STONE CREEK BLVD
FLOWOOD, MS 39232


YAZOO MEDICAL CLINIC
805 E 15TH ST
YAZOO CITY, MS 39194
```