United States Bankruptcy Court
Southern District of Mississippi

In re:  
Shelia Denise Stiff  
    Debtor

Case No. 25-00984-JAW  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 1  
Date Rcvd: Jul 18, 2025     Form ID: dn011     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: CAF_Bankruptcy_Department@carmax.com | Jul 18 2025 19:25:00 | CARMAX AUTO FINANCE, 225 CHASTAIN MEADOWS CT, STE 210, KENNESAW, GA 30144 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 20, 2025     Signature: /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Eileen N. Shaffer | eshaffer@eshaffer-law.com ms04@ecfcbis.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Shelia Denise Stiff trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

Form dn011reaffirmation (Rev. 5/16)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

In re:    **Shelia Denise Stiff**                                                    Case No.  **25−00984−JAW**
                                                                                     **Chapter 7**

To:    CarMax Auto Finance
       Attn: Ryan Robinson and Steven J. Cooke
       225 Chastain Meadows Ct.
       Suite 210
       Kennesaw, GA 30144

## Notice of Deficiency

**Notice is hereby given** that the reaffirmation agreement filed on July 18, 2025 between the Debtor and CarMax Auto Finance (Dkt. # 19) is defective for the following reason(s):

☐    was not accompanied with a Cover Sheet for Reaffirmation Agreement *(Official Form 427)* cover sheet. *Pursuant to Fed. R. Bankr. P. 4008(a), the reaffirmation agreement shall be accompanied by a cover sheet, prepared as prescribed by the appropriate official form.)*

☑    Part V missing

**You are further notified**, that failure to cure the above deficiency(ies) on or before **August 1, 2025** may result in the setting of a show cause hearing as to why the reaffirmation agreement should not be disapproved or the reaffirmation agreement may be stricken without further notice.

Dated: July 18, 2025                                   Danny L. Miller, Clerk of Court
                                                       Thad Cochran U.S. Courthouse
                                                       501 E. Court Street
                                                       Suite 2.300
                                                       Jackson, MS 39201
                                                       601−608−4600