# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Shelia Denise Stiff, Debtor                              Case No. 25-00984-JAW
                                                                  CHAPTER 7

## ORDER PARTIALLY AVOIDING JUDICIAL LIEN

The above-styled and numbered cause having come on for hearing on the motion [Dkt. No. ___] of the debtor to avoid the fixing of the judicial lien (judgment) of Absolute Resolutions Investments Jacob Law Group on exempt property of the debtor and the Court, having considered the motion and otherwise being fully advised in the premises, finds that certain relief should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED as follows:

1. Pursuant to 11 U.S.C. § 522(f)(1), the judicial lien (judgment) obtained against the debtor in the Justice Court of Yazoo County, Mississippi, being Case Number YV2024/0167 in the amount of $3,047.10 enrolled in the Judgement Roll maintained by the Yazoo County Circuit Clerk, is hereby avoided and held for naught to the extent it impairs any property of the debtor otherwise exempted by Title 85, Chapter 3, Miss. Code Ann. (1972) and 11 U.S.C. § 522(b) and to the extent it impairs the debtor's homestead exemption provided by Miss. Code Ann. § 85-3-21 (1972) and 11 U.S.C. § 522(b), said homestead being located at 427 W 5th St Yazoo City, Mississippi, 39194 being more fully described as follows:

Lots 35 and 37 of Delta Acres Subdivisionof Yazoo City, Mississippi

2.      A certified copy of this Order is to be filed in the land records of Yazoo County, Mississippi, and the Chancery Clerk is requested to index this order in the direct and sectional index under the name of Shelia Denise Stiff (debtor) as grantor.  The debtor's attorney will ensure compliance with this provision.

3.      The Circuit Clerk of Yazoo County, Mississippi is to enter on the judgment roll that the judicial lien (judgment) of Absolute Resolutions Investments Jacob Law Group filed as Case Number YV2024/0167 has been PARTIALLY CANCELED by this Order, and a certified copy of the Order is to be placed in the suit file.  The debtor's attorney will ensure compliance with this provision.

4.      The aforesaid clerks are authorized to charge fees for their services as otherwise authorized by state law.

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
702 West Pine St.
Hattiesburg, MS 39401
601-500-5533
ATTORNEY FOR DEBTOR(S)