# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Shelia Denise Stiff, Debtor                              Case No. 25-00984-JAW

                                                                                                                   **CHAPTER 7**

## REQUEST FOR A CERTIFIED COPY

Honorable Clerk:

I represent the debtor in the above-referenced case and respectfully request two certified copies of the Order Partially Avoiding Lien (Dk# 25) totaling $24.00 for purposes of providing the certified copies to the Chancery and Circuit Clerk in the county where the debtor's property is located. Please mail the copies to the following address:

The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236
601-500-5533

Thank you for assistance.

Respectfully submitted,


/s/ Thomas C. Rollins Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236
601-500-5533