United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-00984-JAW
Shelia Denise Stiff Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 1
Date Rcvd: Aug 18, 2025     Form ID: pdf012     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shelia Denise Stiff, 427 West 5th, Yazoo City, MS 39194-3103 |
| cr | + | Absolute Resolutions Investments, Jacob Law Group, 2623 W Oxford Loop, Oxford, MS 38655-5442 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Eileen N. Shaffer | eshaffer@eshaffer-law.com ms04@ecfcbis.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Shelia Denise Stiff trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3



**SO ORDERED,**



**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: August 18, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Shelia Denise Stiff, Debtor                              Case No. 25-00984-JAW
                                                                                       **CHAPTER 7**

**ORDER PARTIALLY AVOIDING JUDICIAL LIEN**

The above-styled and numbered cause having come on for hearing on the motion [Dkt. No. 23] of the debtor to avoid the fixing of the judicial lien (judgment) of Absolute Resolutions Investments Jacob Law Group on exempt property of the debtor and the Court, having considered the motion and otherwise being fully advised in the premises, finds that certain relief should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED as follows:

1.      Pursuant to 11 U.S.C. § 522(f)(1), the judicial lien (judgment) obtained against the debtor in the Justice Court of Yazoo County, Mississippi, being Case Number YV2024/0167 in the amount of $3,047.10 enrolled in the Judgement Roll maintained by the Yazoo County Circuit Clerk, is hereby avoided and held for naught to the extent it impairs any property of the debtor otherwise exempted by Title 85, Chapter 3, Miss. Code Ann. (1972) and 11 U.S.C. § 522(b) and to the extent it impairs the debtor's homestead exemption provided by Miss. Code Ann. § 85-3-21 (1972) and 11 U.S.C. § 522(b), said homestead being located at 427 W 5th St Yazoo City, Mississippi, 39194 being more fully described as follows:

      Lots 35 and 37 of Delta Acres Subdivisionof Yazoo City, Mississippi

2.      A certified copy of this Order is to be filed in the land records of Yazoo County, Mississippi, and the Chancery Clerk is requested to index this order in the direct and sectional index under the name of Shelia Denise Stiff (debtor) as grantor. The debtor's attorney will ensure compliance with this provision.

3.      The Circuit Clerk of Yazoo County, Mississippi is to enter on the judgment roll that the judicial lien (judgment) of Absolute Resolutions Investments Jacob Law Group filed as Case Number YV2024/0167 has been PARTIALLY CANCELED by this Order, and a certified copy of the Order is to be placed in the suit file. The debtor's attorney will ensure compliance with this provision.

4.      The aforesaid clerks are authorized to charge fees for their services as otherwise authorized by state law.

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
702 West Pine St.
Hattiesburg, MS 39401
601-500-5533
ATTORNEY FOR DEBTOR(S)