United States Bankruptcy Court

Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 25-00984-JAW |
| Shelia Denise Stiff | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 3 |
| Date Rcvd: Aug 19, 2025 | Form ID: 318 | Total Noticed: 41 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^        Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#        Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shelia Denise Stiff, 427 West 5th, Yazoo City, MS 39194-3103 |
| cr | + | Absolute Resolutions Investments, Jacob Law Group, 2623 W Oxford Loop, Oxford, MS 38655-5442 |
| cr | | Smith Rouchon & Associates Inc, c/o Robert Camp Johnson, P.O. Box 529, Jackson, MS 39205-0529 |
| 5498795 | + | BankPlus, Attn: Bankruptcy, 205 E Troy St, Ste 101, Tupelo, MS 38804-4837 |
| 5498797 | | Baptist Medical Group, P.O. Box 74533, Atlanta, GA 30384-5333 |
| 5498798 | + | Brand & Sanford, PLLC, 125 S Congress St, Floor 15, Jackson, MS 39201-3393 |
| 5498801 | | CarMax Auto Finance, Attn: Bankruptcy, 1200 Tuckahoe Creek, Richman, VA 23238 |
| 5498803 | | Christopher Nelson, 396 Julian St, Goodman, MS 39079 |
| 5498805 | + | Courtney & Camp, PO Box 529, Jackson, MS 39205-0529 |
| 5498811 | | MAE Physicians Surgery, PO Box 12673, Jackson, MS 39236-2673 |
| 5498812 | #+ | MEA Medical Clinics, 308 Corporate Dr, Ridgeland, MS 39157-8803 |
| 5498813 | + | Merit Health, P.O. Box 281441, Atlanta, GA 30384-1441 |
| 5498816 | + | Pafford EMS, 350 Crossgates Blvd, Brandon, MS 39042-2601 |
| 5498817 | + | Radiology Group, 1405 N State Street, Jackson, MS 39202-1642 |
| 5498819 | + | St Dominc, P.O. Box 321472, Flowood, MS 39232-1472 |
| 5498820 | + | Urogynecology Associat, 120 Stone Creek Blvd, Flowood, MS 39232-8205 |
| 5498821 | + | Yazoo Medical Clinic, 805 E 15th St, Yazoo City, MS 39194-7607 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Aug 19 2025 19:30:00 | CARMAX AUTO FINANCE, 225 CHASTAIN MEADOWS CT, STE 210, KENNESAW, GA 30144 |
| cr | + | EDI: AISACG.COM | Aug 19 2025 23:26:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Aug 19 2025 23:26:00 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5498790 | | Email/Text: Bankruptcy@absoluteresolutions.com | Aug 19 2025 19:30:00 | Absolute Resolutions, Attn: Bankruptcy, 8000 Norman Center Dr, Ste 350, Bloomington, MN 55437 |
| 5498791 | ^ | MEBN | Aug 19 2025 19:26:30 | Accu Reference Medical, 1901 E Linden Ave, STe 4, Linden, NJ 07036-9997 |
| 5498792 | + | Email/Text: sbridwell@arscollections.com | Aug 19 2025 19:30:00 | Advanced Recovery Syst, P.O. Box 321472, Flowood, MS 39232-1472 |
| 5498793 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 19 2025 19:34:37 | Ally Credit Card, Po Box 9222, Old Bethpage, NY 11804-9222 |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 19, 2025 | Form ID: 318 | Total Noticed: 41 |

| | | | | |
|---|---|---|---|---|
| 5498794 | + | EDI: GMACFS.COM | Aug 19 2025 23:26:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 5498796 | ^ | MEBN | Aug 19 2025 19:26:11 | Baptist Hospital, PO Box 23090, Jackson, MS 39225-3090 |
| 5498802 | + | EDI: CRFRSTNA.COM | Aug 19 2025 23:26:00 | CFNA, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 5498799 | + | EDI: CAPITALONE.COM | Aug 19 2025 23:26:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5498800 | + | EDI: CAPONEAUTO.COM | Aug 19 2025 23:26:00 | Capital One Auto, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2359 |
| 5502605 | + | EDI: AISACG.COM | Aug 19 2025 23:26:00 | Capital One Auto Finance, a division of, Capital One, N.A. Department, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5517554 | + | EDI: AIS.COM | Aug 19 2025 23:26:00 | Capital One, N.A., by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5498804 | + | EDI: WFNNB.COM | Aug 19 2025 23:26:00 | Comenity, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5498806 | + | EDI: CCS.COM | Aug 19 2025 23:26:00 | Credit Collection Serv, PO Box 9133, Needham Heigh, MA 02494-9133 |
| 5523059 | | Email/Text: cdavenport@lawmemphis.com | Aug 19 2025 19:30:00 | Distressed Asset Portfolio, c/o Mendelson Law Firm, PO BOX 17235, Memphis, TN 38187-0235 |
| 5498807 | | Email/Text: bankruptcy@gi.md | Aug 19 2025 19:30:00 | GI Associates, PO Box 23455, Jackson, MS 39225-3455 |
| 5498808 | ^ | MEBN | Aug 19 2025 19:26:39 | Jacob Law Group, 2623 West Oxford Loop, Oxford, MS 38655-5442 |
| 5498809 | | Email/Text: govtaudits@labcorp.com | Aug 19 2025 19:30:00 | Labcorp, PO Box 2240, Burlington, NC 27216-2240 |
| 5498810 | | Email/Text: govtaudits@labcorp.com | Aug 19 2025 19:30:00 | Labratory Corp of Amer, P.O. Box 2240, Burlington, NC 27216-2240 |
| 5498814 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 19 2025 19:30:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5498815 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 19 2025 19:30:00 | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 5498818 | ^ | MEBN | Aug 19 2025 19:26:23 | Revco Solutions, P.O. Box 2589, Columbus, OH 43216-2589 |

TOTAL: 24

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Aug 19, 2025 | Form ID: 318 | Total Noticed: 41 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2025          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Eileen N. Shaffer | eshaffer@eshaffer-law.com  ms04@ecfcbis.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Shelia Denise Stiff trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Shelia Denise Stiff** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx−xx−8313** <br> EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | |
| Case number:   **25−00984−JAW** | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Shelia Denise Stiff** <br>
aka Shelia D Stiff

Dated: 8/19/25

**By the court:** /s/Jamie A. Wilson <br>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**